AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF _Puerto Rico_

_Eduardo Cruz Rivera_

**APPEARANCE**

CASE NUMBER: 00035-002(JAF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RECEIVED AND FILED
2006 MAR -9 PM 1:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

_March 9, 2006_
Date

_[signature] Jorge_
Signature

_Jorge Armesteros_
Print Name

_Cond. Calesa, Suite 2_
Address

_San Juan       PR      00918_
City           State       Zip Code

_751-7634_
Phone Number