AO 458 (Rev. 5/85)   Appearance

# United States District Court

_____ DISTRICT OF _____

USA
v.

Edmundo Cruz-Rivera

APPEARANCE

CASE NUMBER: CR 00035-001 (JAF)

*Received and Filed 2006 MAR -9 PM 1:58 — Clerk's Office, U.S. District Court, San Juan, PR*

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for   Edmundo Cruz-Rivera

Date: 9/05/06

Signature: _____

Print Name: Federico Duroudray Acevedo

Address: 153 Bucayo Sisa k, c/valle

City: Caguas   State: PR   Zip Code: 00727-3211

Phone Number: 787-409-3100