✎AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
             Sheet 1

# UNITED STATES DISTRICT COURT

|  |  |
|---|---|
| FOR THE | District of __PUERTO RICO__ |

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| EDUARDO CRUZ-RIVERA | Case Number: CR. 00-35-02 (JAF)<br>USM Number: 19302-069<br>JULIO GONZALEZ AND JORGE ARMENTEROS, ESQS.<br>Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  of Supervised Release Term  .

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Condition | Defendant was arrested on 1/17/2005 and found in possession of a pistol, assault riffle and approximately 900 capsules of cocaine base. | 1/17/2006 |

       The defendant is sentenced as provided in pages 2 through __2__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

       It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: XXX-XX-XXXX | MAY 12, 2006<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: -------------------------------------- | |
| | S/ JOSE A. FUSTE<br>Signature of Judge |
| Defendant's Residence Address:<br>TORRES DEL PLATA<br>BLDG. 2, APT. E<br>TOA ALTA, P.R.  00953 | JOSE A. FUSTE, CHIEF, U.S. DISTRICT JUDGE<br>Name and Title of Judge |
| | MAY 12, 2006<br>Date |
| Defendant's Mailing Address:<br>------------------SAME AS ABOVE------------------------ | |

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: EDUARDO CRUZ-RIVERA | Judgment — Page 2 of 4 |
| CASE NUMBER: CR. 00-35-02 (JAF) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    FIVE (5) YEARS.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL