# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 00-035 (JAF)** |
| **Vs.** | |
| **EDUARDO CRUZ RIVERA** | |
| **DEFENDANT** | |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT**:

**COMES NOW,** Eduardo Cruz Rivera and through the undersigned attorney hereby appeals the revocation of its supervised release. Amended Judgment for said revocation was entered on May 26, 2006.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 5 of June of 2006.

**CERTIFICATE OF SERVICE**: I hereby certify that on June 5, 2006, I electronically filed the foregoing motion with the Clerk of the Court, using the CM/ ECF system which will send automatic notification of such filing to the following: **A.U.S.A Nathan Shulte** and the attorneys of records for the defendants.

**S/ JORGE LUIS ARMENTEROS CHERVONI**
armenteroslaw@gmail.com
Bar #214614
Cond. Galería, Suite # 2, PMB 202
201 Arterial Hostos
San Juan, Puerto Rico 00917
Tel. (787) 751-7634
Fax. (787) 764-1086