# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:** June 29, 2006

**DC #:** 00-035 (JAF)

**APPEAL FEE PAID:** YES ___ NO  X

**CASE CAPTION:** USA v. Torres-Morales
**Defendant:** Eduardo Cruz-Rivera (2)

**IN FORMA PAUPERIS:** YES ___ NO  X

**MOTIONS PENDING:** YES ___ NO  X

**NOTICE OF APPEAL FILED BY:** Defendant

**APPEAL FROM:** Judgment for Revocation entered on 05/26/06

**SPECIAL COMMENTS:** Original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                                 **VOLUMES:**

Docket Entries   66-83                                                              I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

**FRANCES RIOS DE MORAN**
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk