AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
|    Plaintiff, | |
|    v. | CRIMINAL NUMBER: 00-035 (JAF) |
| EDUARDO CRUZ-RIVERA, | |
|    Defendant. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

May 31, 2007

_____
*Germán A. Rieckehoff*
*U.S.D.C.-PR No. 217704*
*Room 1201, Torre Chardón*
*350 Carlos Chardón Ave.*
*Hato Rey, Puerto Rico 00918*
*Tel. (787) 766-5656*