IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUETO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>                    Vs.<br><br>**EDUARDO CRUZ RIVERA**<br>    Defendant | **Criminal Case No. 00-35(JAF)** |

### MOTION REQUESTING CONTINUANCE

**COMES NOW Eduardo Cruz-Rivera**, and through the undersigned attorney, respectfully alleges and prays:

1) The Court has scheduled a hearing in the case at bar concerning the revocation process of Mr. Cruz-Rivera for next Thursday, June 21, 2007.

2) Unfortunately, both undersigned attorneys have conflict on that same day. Mr. Armenteros has a previous case in San Juan scheduled for the same time. Mr. González has a previous case in Bayamón also scheduled for the same time.

3) We respectfully request that the hearing be continued for Monday 25th during the morning; Tuesday, June 26, 2007 at any time, or Thursday, June 28th, 2007, anytime.

**WHEREFORE** it is respectfully requested from this Court to continue the hearing until one of the suggested dates.

**RESPECTFULLY SUBMITED**.

In San Juan, Puerto Rico, on this 15th of June, 2007.

**CERTIFICATE OF SERVICE**: I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ ECF system which will send automatic notification of such filing to: AUSA Germán Rieckehoff, and all attorneys of record.

 **S/ JORGE LUIS ARMENTEROS CHERVONI**

**BAR 214614**
armenteroslaw@gmail.com
**S/ JULIO ANDRÉS GONZÁLEZ-NIEVES**
**BAR 210805**
Cond. Galería, Suite # 2, PMB 202
201 Arterial Hostos
San Juan, Puerto Rico 00918-1405
Tel. (787) 751-7634
Fax. (787) 764-108

Z:\Armenteros\Estados Provisionales\FEDERAL CRIMINAL\Eduardo Cruz Rivera\caso Fuste revocation\continuance of hearing for reconsideration of revocation.doc