# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    DATE : JUNE 27, 2007

HONORABLE JOSE A. FUSTE, CHIEF, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ          CR. 00-035-02 (JAF)

COURT REPORTER : IVETTE RICHARDSON

USPO : CARLINA CORTES               INT : FELIX TOLEDO

==================================================================
                                    Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA- VERNON MILES |
| v. | |
| EDUARDO CRUZ-RIVERA | JORGE ARMENTEROS |

==================================================================

The defendant is present in court.  He is __X__ Under custody. _____ On bond.

   CASE CALLED FOR RECONSIDERATION HEARING ON REVOCATION OF SUPERVISED RELEASE. Arguments by both parties heard. After hearing the parties, Judge Fusté proceeded to re-sentence the defendant.

**IT IS THE JUDGMENT OF THE COURT** :

Term of imprisonment of : _24_ months.

  _X_   All terms and conditions are specified in the judgment form.

The defendant is advised of his right to appeal, etc.

  _X_   Defendant is remanded to the custody of the U.S. Marshal.

                                                S/ Carlos J. Rodríguez
                                                    Deputy Clerk