# UNITED STATES DISTRICT COURT

| JUDICIAL | District of | PUERTO RICO |

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

Case Number: **3:00-CR-035-002 (JAF)**

USM Number: **19302-069**

**EDUARDO CRUZ-RIVERA**

JORGE ARMENTEROS, ESQ.
Defendant's Attorney

## THE DEFENDANT:

X   admitted guilt to violation of condition(s)  of Supervised Release Term   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition # 1 | The defendant was arrested on 1/17/2006 and found in possession of a pistol, assault rifle and approximately 900 capsules of cocaine base. | 2/27/2006 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 27, 2007
Date of Imposition of Judgment

s/José A. Fusté, U.S. District Judge
Signature of Judge

José A. Fusté, Chief, U.S. District Judge
Name and Title of Judge

June 27, 2007
Date

A/cs: 2USM, 1 MDC
S/cs: USM
E-mail: PTS, PO & FC
Dft thru USM

Judgment — Page ___2___ of ___2___

DEFENDANT:         EDUARDO CRUZ-RIVERA
CASE NUMBER:      3:00-CR-035-002 (JAF)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    <u>**TWENTY FOUR (24) MONTHS.**</u>

☐   The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at   _____   ☐   a.m.   ☐   p.m.   on   _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on   _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on   _____   to   _____

a _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL