## UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

VS.

EDUARDO CRUZ-RIVERA
MDC

*WARRANT FOR ARREST*

CASE NUMBER: CR. 00-35 (JAF)

To:  The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __EDUARDO CRUZ-RIVERA__
(Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment        [ ] Information        [ ] Complaint

[ ] Order of court    [X] DEFENDANT HAS FAILED TO COMPLY WITH HIS CONDITIONS OF SUPERVISED RELEASE.

charging him or her with (brief description of offense)

FAILURE TO COMPLY WITH HIS CONDITIONS OF SUPERVISED RELEASE

in violation of Title _____ United States Code, Section(s) _____

JOSE A. FUSTE
Name of Issuing Officer

S/ REBECCA AGOSTINI-VIANA
Signature of Deputy Clerk

CHIEF, U.S. DISTRICT JUDGE
Title of Issuing Officer

02/02/2006, HATO REY, PUERTO RICO
Date and Location

Bail fixed at $ ----------NO BAIL-------------- By _____
Name of Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 12/08/2006 | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 02/27/2006 | José Carreras | by: |